IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAIME MIRANDA,

    Plaintiff,

v.                                        CV 16-1062 JCH/WPL

STRIKE, LLC, and JOEL BENAVIDES,

    Defendants.

**ORDER**

    Federal Rule of Civil Procedure 16(b)(2) requires me to enter a scheduling order within 90 days after any defendant has been served with the complaint or within 60 days after any defendant has appeared, unless I find good cause for delay. In this case, there is a pending motion to remand that, if granted, would return the case to state court. (Doc. 4.) I held a Status Conference with the parties on December 16, 2016. Under the circumstances, and after discussion with the parties, I find that the pending motion to remand constitutes good cause to delay entry of a scheduling order. I will enter an Initial Scheduling Order, if appropriate, upon resolution of the motion to remand. The parties may contact my chambers should circumstances change.

    IT IS SO ORDERED.

                                                  _____
                                                  William P. Lynch
                                                  United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.