## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JAIME MIRANDA,

    Plaintiff,

v.                                                                                       No. 16cv1062 JCH/WPL

STRIKE, LLC and JOEL BENAVIDES,

    Defendants.

### **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Jaime Miranda, by and through his attorneys, and Defendant Strike, LLC, by and through its attorneys, and hereby stipulate to the dismissal of all claims that were brought or that could have been brought in this action, with prejudice, with the parties to pay their own fees and costs in relation to such claims.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint to Recover Damages for Personal Injury is dismissed with prejudice. The above-captioned lawsuit is hereby dismissed with prejudice in its entirety.

_____
The Honorable Judith C. Herrera
United States District Judge

2

**Submitted by:**

KELEHER & McLEOD, P.A.

By: */s/ Cassandra R. Malone*
    Gary J. Van Luchene
    Cassandra R. Malone
    PO Box AA
    Albuquerque, NM  87103
    Telephone:  (505)346-4646
    Facsimile:  (505)346-1370
    *Attorneys for Defendant Strike, LLC*


**Approved by:**

FADDUOL, CLUFF, HARDY & CONAWAY, PC

    *Approved via email*
By: *Carlos Sedillo on 07/06/17*
    Carlos E. Sedillo
    3301 San Mateo Blvd NE
    Albuquerque, NM  87110
    csedillo@fchclaw.com


4815-6780-9611, v. 1